### NATIONWIDE MUTUAL INSURANCE COMPANY

v.

### Bessie CROWE, Individually and as Next Friend of John Louis Crowe.

No. D–4061.

Supreme Court of Texas.

Nov. 3, 1993.

Joint Motion of the parties pursuant to settlement filed herein on October 12, 1993, is granted; the application for writ of error is granted without reference to the merits; judgments of the courts below are set aside without reference to the merits, and the cause is remanded to trial court for entry of judgment in accordance with the settlement agreement of parties.

■

### Pauline THOMAS

v.

### Will PRYOR.

No. D–3664.

Supreme Court of Texas.

Nov. 3, 1993.

Agreed Motion of the parties pursuant to settlement filed herein on November 2, 1993, is granted; the application for writ of error is granted without reference to the merits; judgments of the courts below are set aside without reference to the merits, and the cause is remanded to trial court for entry of judgment in accordance with the settlement agreement of parties.